**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00880-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

IVETTE T. ECHENIQUE,

    Plaintiff,

v.

DEPARTMENT OF LABOR & EMPLOYMENT,
UNEMPLOYMENT INSURANCE BENEFITS & OPERATIONS,
HEARING OFFICERS,
APPELLATE COURT,
GOOGLE,
GMAIL, and
YOU TUBE,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff, Ivette T. Echenique, currently resides in Aurora, Colorado.  She has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted

(2)     __    is missing affidavit
(3)     __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     __    is missing certificate showing current balance in prison account
(5)     __    is missing required financial information
(6)     __    is missing an original signature by the prisoner
(7)     __    is not on proper form (must use the court's current form for filing prisoner complaints)
(8)     __    names in caption do not match names in caption of complaint, petition or habeas application
(9)     __    An original and a copy have not been received by the court. Only an original has been received.
(10)    X     other: The last page of the § 1915 Court-approved form is missing; form must be signed and notarized or certified pursuant to 28 U.S.C. § 1746.

**Complaint, Petition or Application**:
(11)    __    is not submitted
(12)    __    is not on proper form (must use the court's current form)
(13)    __    is missing an original signature by the prisoner
(14)    __    is missing page nos. __
(15)    __    uses et al. instead of listing all parties in caption
(16)    __    An original and a copy have not been received by the court. Only an original has been received.
(17)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __    names in caption do not match names in text
(19)    __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency

**within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED:  April 5, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge